UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAD J. IDSINGA,

    Plaintiff,

v.                                                    Case No. 1:17-cv-247
                                                    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

**JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED**.


Dated: March 29, 2018                               /s/ Ray Kent
                                                          United States Magistrate Judge